NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BENJAMIN CROWLEY, DOC #R29941, )
                                 )
            Appellant,           )
                                 )
v.                               )        Case No. 2D17-3077
                                 )
STATE OF FLORIDA,                )
                                 )
            Appellee.            )
_____ )

Opinion filed February 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.


PER CURIAM.


            Affirmed.


BLACK, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.